UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

Teressia (E.) Dunaway )
_____ )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )

Case No.  5:23-CV-5028
(To be assigned by
Clerk of District Court)

vs.

(Please see attached ~~to b~~ )
Defendants 1-14 )
(To be amended upon )
discovery from Defendants) )
_____ )
(Enter the full name of **ALL** Defendant[s] in this )
action.  Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties.  Merely listing one party and "et al." is )
insufficient.  Please attach additional sheets if )
necessary.) )

## COMPLAINT

I.    State the grounds for filing this case in Federal Court (include federal statutes and/or
U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a
short and plain statement of the grounds for the court's jurisdiction.):

My rights to be free from wrongful arrest + imprisonment
for being a customer, drinking the coffee a paid
for, My Constitutional rights to receive
a citation of summons to answer to
allegations of "trespassing" rather
than being arrested, then forced to sign
as guilty to be released to have to appear
without bond hearing, arraignment, seeing
my accusers, gathering witnesses, and being
illegally charged with a higher charge of "disorderly
conduct" by police and corrections officers
rather than tried, arraigned + indicted,
not in that order, by a duly ordained
judge/court, not officers acting as such
and taking my money to establish a bank
account in my name.

DSD 12-12

1

Teresa (s) Deanaugan vs.

Defendants!
(To be amended upon discovery)
1. State of South Dakota (A Horney-General(AG)
of South Dakota) (serving complaint
on for relief and otherwise upon other
Defendants acting as the State/AG
2. Pennington County/County of
Pennington (County Attorney +/or Dist. Atty as Elected)
3. Sgt. Rosser 48362 of "Corrections" of Pennington
4. Rapid City Police Officer Elder
5. Rapid City Police Officer John Doe #3
td (#5 (to be named once identified as in future
amended cover sheet) td
6. Rapid City Police Officer John Doe #4
7. "Desiree Davis From Booking Manual 2"
8. Black Hills Federal Credit Union
9. the "Mission" and "Augustena"
thereof of Rapid City/Cornerstone
10. Rapid City Attorney (serving complaint
on for relief and otherwise upon Defendants
acting as the City Attorney)
11. Jane Doe #1, Starbucks Alex Johnson, Rapid City
12. John Doe #1, Starbucks Alex Johnson, Rapid City
13. John Doe #2, Starbuck Alex Johnson Rapid City
14. Tess Franzen of "Freedom's Journey"

## Complaint I, cont'd.

Not only should I be free from "highway robbery" or mugging by assault through wrongful arrest and incarceration before any hearing, I also have the right to not be abused by civilians and law enforcement practicing law without a license, when they act as the magistrate and or county attorney making orders in the name of such.

I also should not be impeded and/or tampered with as an ongoing stalking (a form of continued) and domestic violence victim, being kept from pressing charges, reporting, and witnessing to the attorney general of those crimes upon me in Kansas, perpetrated by others within and from without my state of Kansas to hurt me and my son, who is now missing and I'm unable to receive his mail, which I worry has been sent back to him to drive him suicidal or extremely depressed as he's tried to send me while I can only give him my Satt address because his/our abuser tracks him

Complaint I, cont'd.

According to VAWA, which I invoke here.

to me. All this was discussed as confidential, not to ever be discussed without my consent, with SaH enrollment agent(s), and this is distressing and dangerous that I'm forced to divulge this horrific ongoing dv/stalking/kidnapping situation which su those others (incl. the attorneys general) outside of the enrollment process would find hard to believe and an excuse to call me "paranoid" and "delusional" which is abusive, as they are tampering through practicing psychiatry without a license and attempting to try me and my son while urgent matters of next of kin location be made — only KS AG com. w/ this matter, help me because of the crimes being committed.

(note: SaH is the Safe at Home Program, an address confidentiality program, which I'm in, though I've been made homeless by, among others, new Program Coordinators on that Program in 2021, but I've been enrolled since 2016 and re-enrolled in 2020, when it was in Sec. of State Office.

II.   Plaintiff, _Teressia Dunaway_ resides at _(according to_
_Safe at Home_
_#20160530; PO Box 798_ _Address, although_
_I'm homeless,_
_(street address)_ _w/ my belongings_
_Topeka_ , _tdf Shawnee_ , _in KS, for_ *
_(city)_ _(county)_ _which I_
_KS_ _66601-0798_ , _(none)_ _pay rent)_
_(state)_ _(zip)_ _(telephone number)_
_(See below)_ *
(If more than one plaintiff, provide the same information for each plaintiff below)

_(None Other plaintiff)_

* _My official, legal address and residence is still_
_Kansas, though I am homeless. See attached certi-_
_ficates (cards) Safe program knows I'm homeless and_
_new coordinators are abusing me) I can't (access my_
_mail due to assaults every time I attempt to, therefore, as I'm_
_stranded in SD, Replies can't be sent via hand or electronic_
_filing to this U.S. District Court._

III.   Defendant, _(See list)_ resides at, or its business is located at
_or from employment_

_____
(street address)
_Rapid City_ , _Pennington_ ,
(city) _(unknown)_ (county)
_SD_ ,
(state)      (zip)   (telephone number)
(If more than one defendant, provide the same information for each defendant below)

2

## III. Defendants

Note: I do not know the street addresses and ask for assistance

1. State of South Dakota, by and through (represented by):
   Sgt. Rosser 48362 (Pennington Co. Jail)
   Rapid City Police Officer Elder
   Rapid City Police Officer John Doe #3
   Rapid City Police Officer John Doe #4
   "Desiree Davis From Booking Manual 2"
   Black Hills Federal (Credit Union)
   ~~Sgt. Reichart~~ (See note on Def. #10)

2. Pennington County/County of Pennington, as represented by same above/below Defendants:

3. Sgt. Rosser 48362, Department of Corrections of, presumably Pennington County, SD;

4. Rapid City Police Officer Elder, of Rapid City, SD

5. Rapid City Police Officer John Doe #3, SD

6. Rapid City Police Officer John Doe #4, SD

7. "Desiree Davis From Booking Manual 2" of Pennington County, Rapid City Police +/or Corrections, +/or Black Hills Federal Credit Union

8. Black Hills Federal & Credit Union

9. the "Mission," and "Augustine" thereof, located at 30 Main St., Rapid City, SD

## III. Defendants, Cont'd.

10. Rapid City Attorney, as represented by and through Defendants 1-8 (serving complaint upon, but also asking relief from)

11. Jane Doe #1, calling herself some sort of supervisor of a non-existent employee she falsely accused me of yelling at, a Starbucks employee, acting as some sort of manager or security at Alex Johnson of Rapid City, SD; apparently Native American

12. John Doe #1, a barrista employed at Starbuck's of Alex Johnson, RC, Caucasian

13. John Doe #2, a security employee for Alex Johnson who interacted with me in extortionate and attempted kidnapping & threats twice sometimes during the week(s) prior, approximately perhaps week of March 27, but definitely the week of April 3, 2023 (along w/ John Doe #1)

14. Tess Franzen of "Freedom's Journey," and according to internet research, affiliated with the Church to which I was referred and which I called and confirmed that they did not give shelter, though I was forced to seek them, and who also works with the police and/or SD "Forensics" which she never divulged as an advocate for "anti trafficking," Haines Ave., Rapid City, SD

IV.   Statement of claim (State as briefly as possible the facts of your case.  Describe how each defendant is involved.  You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

Please see the attached handwritten papers for this Section IV, in (pgs. 1-24) numbered Paragraphs 1-16, with additional Paragraph 17 explaining background and ongoing duress of shelterlessness due to ongoing bureaucratic, physical, electronic, etc. Stalking and violence. Paragraphs 1-16 on IV pgs. 1-16, and long "free-form" writing/victim Statement of Paragraph 17 on IV pgs. 17-24

V.   Relief (State briefly and exactly what you want the Court to do for you.)

Please see the attached handwritten papers for this Section V, in numbered Paragraphs "R1"-"R12" in (V) pgs. 1-10

3

# IV. Statement of Claim

1. I was drinking my coffees that I paid for, in Starbucks, on ~~Sarold~~ April 8, 2023. Jane Doe #1, an employee with a name tag (which I did not read) and no title (as managers of Alex Johnson have), and not in a security uniform of Alex Johnson (AJ) or Starbucks; came to me, where I was sitting secluded at a corner table alone, and claimed that I had "yelled" at "my employee" She told me [her] that I had to go, or she'd call "dispatch." She, like other John Does of Starbucks &/or Alex Johnson I should be able to find their identities, given freely to me by AJ/ Starbucks without impediment, as they supposedly charged or called police to press charges on me on behalf of Alex Johnson and/or Starbucks, apparently for drinking the coffees and their refills all of which I paid for

## IV. Statement of Claim, cont'd.

2. A few days prior, possibly the week before, but I'm more certain that it is definitely earlier the week of April 3, 2023; a young man in a security uniform, John Doe #3, for Alex Johnson came to me in Starbucks as soon as I had (almost simultaneously, as though he had been watching me from security video?) just swallowed my last sip of coffee — which I normally, as a regular customer, refill, at full price and full refill price respectively — and told me that I could only stay ½ hour, after finishing my drink. I reminded them that I and others stay and chat and read taking their time for refills or new orders. He then asked me if I could use his transportation company since I seemed to have no transportation. When I made a point that I did not ask him for any transportation, he said that offered transportation to people without. I ~~to underste~~ demanded what his company's name was and he said, "Radron." I pointed out, after demanding who his employer is which he confirmed to be AJ, that he should not be "selling" ~~its~~ (advertising) his company

<u>IV. Statement of Claim, cont'd.</u>

as an employee ~~of~~ of Alex Johnson.
(He was actually ~~abuse~~ his security
~~position~~ abusing

position to kick me out and/if I
did not let him drive me as trans-
pat for his own profit and
extortion and kidnapping), He
was doing this against the General
Managers (of Alex Johnson) desire
that (her—the particular manager
I spoke to a few months prior)
that people, including their
valets not moonlight for me or
other individuals as transportation,
He said he was going to tell
the General Manager on me, so
I followed him and said I'd
speak with them, He did <u>not</u> go
to Alex Johnson, but rather to the
barrista John Doe #1, complaining
about me, in his <u>security</u>
position; I told John Doe #1
the conversation that just took
place concerning his transportation
company and I added in defense
of Alex Johnson (AJ) and
their General Manager (s), that
"I love Starbucks, And I love your
General Manager," I continued to
visit and have coffee daily till April 8, 2023,
as usual, as a regular customer;

## II. Statement of Claim, cont'd.

which A5 management oftentimes has/lets me wait in the lobby for Starbucks to open.
I am a Christian, and I "love" my neighbor, not as a romantic or erotic but a godly, fervent love of neighbor, fellow human, and fellow American, etc. I will in no way disrespect and dishonor A5's policies of their employees, and particularly, the valets, acting as transport, or otherwise moonlighting for me in exchange of not harassing me from patronizing their Starbucks or other businesses of A5's.

3. On April 8, 2023, Jane Doe #1 as described in Paragraph 1, demanded I leave, but continued to drink to finish my coffee, and trying to stay calm, as I assumed she was delusional and extortionate as this young man (John Doe #1) also of the Native American community that have been harassing + trying to kidnap me, as she mentioned that he had "trespassed" me (a paper I did not receive from him a few days in between as I know that he was acting illegally)

IV pg 5 of 21

## IV. Statement of Claim, cont'd.

(Apparently, some members of the communite seem to think that their can dictate whom to allow to be customers by "trespassing" them, according to rules of shelters and day-centers, not according to laws, or orders of employer/hotel/ restaurant/coffee house management — as <u>no</u> manager ever approached me and told me I could not be a customer of Starbucks or other of AS's adjacents businesses).
Jane Doe #1 and John Doe #2 are only interested in defaming, slandering, harassing, and retaliating against me for being a regular paying customer while shelterless and do not desire my ever having a good reputation to obtain help to gain [lawsuit] housing through my previous KS HUD Voucher (Sect. 8) or SD if necessary. (See later Paragraphs to explain this problem.) This seems secondary to their kidnapping me, with Native American transportation companies or individuals. See Paragraph 5.

## IV. Statement of Claim, cont'd.

4. While trying to remain calm, and continuing my being a customer, not trespassing, I attempted to refill the first coffee (I had 2 coffees that morning) or have cold water (for stress) — I can't remember which (I suffer from severe PTSD, which was obviously being exacerbated) the barista, again John Doe #1, said his general manager instructed him not to serve me. But only Jane Doe #1 had spoken to him and me, who clearly is not a (general or other) manager.

5. On the streets, these people's "relatives" (Native Americans), including people in Journey On (represented by a Caucasian, Priscilla Roach who has stalked, threatened, woke me up, & promised continued "checks" after I've told her 3 separate times to "cease and desist") have tried to get me in their vehicles, evaluate, +/or send me to "Safe Bed," have then verbally abused me W/excessive, public yelling (3 other, different individuals, 2 Native Americans, and one either middle-eastern or Native American), "F___ you, B____!," "B____!," and "B____, I'm just trying

IV     pg 7 of 21

## IV. ~~Statement of Claim~~ cont'd.

to help!" Please see later (Paragraph 17 incl'd.)
paragraphs explaining my
being made shelterless, on
the ~~streets~~ (I've never been
on the streets, for more than
one month in my entire
life ~~from~~ until now, from
ongoing interstate stalking
and violence). ~~Three~~ Native
Americans - 2 males, and
1 ~~female~~ female punched me
in the ~~face~~ (thank Sully,
due to their apparent
expertise in punching to
leave no bruise, like my
initial abuser (other places
than my face) on April 20, 2023.

6. When Jane Doe #1 called
"dispatch" via her personal
cell phone, not AJ's management
desk or Starbucks' phone,
three police officers of Rapid
City Police came, when I
was still trying to calmly
finish my coffee and
try to leave. They said I
was "detained" and asked my
name, which I did not want to
give. (I'm a U.S. citizen raised
in the U.S. all my life and know that
I have the right to remain silent, especially
when ~~not~~ under arrest & not under
arrest; that there is no such law of "detaining"[4]

IV, pg 8

## IV. Statement of Claim, cont'd.

someone. I'm tired of people, especially police treating me as developmentally and mentally incapacitated as to not know my rights and basic Constitutional and State laws taught in schools I've attended, (Elementary through University!) I also knew that "dispatch" of security is not the same as calling the police for a crime. They "detained" me for "trespassing" which is not at all possible, as I was a paying customer, and Jane Doe #1 had accused me of "yelling at her [employee]." I only was able to read one of the officers' name as "Elder" on his uniform. I refer to the other two as Rapid City Police Officer John Doe #3 and Rapid City Police Officer John Doe #4. They assaulted me, after I refused to put my hands behind my back, calling it an "arrest" now, and refusing to just let me leave — with or without a citation. They took my belongings in my cart, as well as my coffee cups. I offered to

IV. Statement of Claim, cont'd.

show my ID, or at least, that I re-
tained the right to my purse with
my ID, as my purse, my belonging.
They put me in back of their
cruiser, after asking one
another "is this yours?"
which was strange to me.
They announced loud,
publically, to the whole
block of AJ's, that I
was "trespass'd" from
there and never to return,
(So I can't even gather names
of my false accusers).
Then, in the back of the
cruiser, out of the public's
sight, they brutally,
violently, yanked my
purse from my left hand
as it was handcuffed
to my right hand behind
my back — severely hurting
me. I ended up with open,
bleeding abrasions and
bruises and pain. My purse
has all my IDs, my Medicaid
card, my Direct Ex press
(Social Security Income) Secure
Debit Card from which I withdraw
my income securely and
freely from Walmart, which
they have now messed with)
called in to keep me from my income to

## IV. Statement of Claim, Cont'd.

make me starving, and lacking
money for tons/petetion,
housing, storage, rent, life,
I had to pay for May rent and go without food!
I was taken to the County
jail where Department of
Corrections — which would be
for incarcerated, guilty
people, not ones who have
not been given arraignment,
indictment, +/or bond hearings,
according to all States and
U.S. Constitutional laws of
presumption of innocence
until proven guilty
by a fair trial court
to which fairly summoned/
given citation to, they
said they "booked me" when they
put me in a jail cell. Sgt.
Rosser told me I could stay
till Tuesday (it was the Easter Good Friday
Holiday to Easter Holiday weekend)
or sign papers to be released.
She made me sign a "new
charge" of "Disorderly Conduct."
She said I was presumed
innocent, but the "new charge"
"PR Bond" clearly states that
I have to accept whatever judgment
to a circuit trial judge, and
the State is failing me instead of

II. Statement of Claim, Cont'd.

Rapid City, She ordered / had me sign it, without any Magistrate, Judge, or D.A.'s order and signature thereto.

8. They had taken my money ($1000 income, less $200 I paid for my KS rent of my storage of my property, at my State of residence, & less approximately $100 I had paid for a hotel room during snowstorm and for food). they put in $545 on an "inmate" card and never returned the rest of the approximate amount of $150 they took from my zipped-shut coin compartment of my purse, and replaced it with my current KS driver's license/I.D. Sgt Rosser gave me two pages of colored copy of my I.D, and the card in a brochure/card holder, with instructions about what my PIN is. See attachments/exhibits, showing me as an inmate, and making an account in Black Hills Federal Credit Union in my name. I was charged fees to take out money,

IV pg. 20 of 24

## II. Statement of Claim Cont'd.

limited to $400, and, humiliated, embarrassingly having to purchase hats and gloves through the cold weekend with only a sweater to survive, as they kept my coat and blankets in "evidence." All my purchases were tracked.

9. I'm unable, due to ongoing non-stop abuse and stalking and steering me teasstickers associated with police, to explain how I've been tracked by Tess Franzen/Fransen of Freedom's Journey, Aleah Jackson, and Mr. and Mrs. Ohr/Orr and a church of other women claiming to be victims of Tess Fransen and trying to get me interested in "nomad residency" paid-for "mail forwarding" (clearly a felony), & that they had been teasstickered to "Presidential Palaces throughout the world." They further alienated and kept me from my WAJJ advocate and then all want me to tell all to Hope Center's Melanie Trimm, who is not qualified & has a conflict of interest, receiving donations while keeping me there for food source and sleep

## II. Statement of Claim, cont'd.

for my luggage/belongings.

10. Sgt Rosser instructed me that "new" management or owners were now in charge of the "Mission" (Cornerstone mens on Main St.) and that they were expecting me for shelter. She had me introduced to Sgt. Reichert who said he had called and spoken with the Mission and that it was okay to present the slip they gave me — see attached slip, with, "Mission said they would help her." I asked for Sgt. Rosser to sign/put her name to it, and she or Sgt. Reichert added my last & misspelled first name. She wrote the address of "30 Main St...."

11. When I arrived at the Mission, Augustine once again cruelly accused me and interrogated me as to whether I had an argument with someone in another shelter. He threatening wanted me to come inside to argue further, while denying that anyone talked to him and denying me shelter or food.

## IV. Statement of Claim, cont'd.

12. No citation, no warrant, for
arrest, for trespassing or
for disorderly conduct was
ever given me. Security is not
police or a judge or D.A. a management,
Police cannot arrest or any way
detain or prevent from leaving
someone without a citation to
give the person (only reason to
"detain" for only as long as
it takes to make out a citation
for appearance to court — not
a notebook pg to get names
(illegally) +/or summons. Drinking
coffee for which I paid is not
disorderly conduct, nor
trespassing, nor yelling at
employer's

13. Since the "New Charge" "PR Bond"
was not issued/ordered by a D.A. or
magistrate or judge as a citation
but as an extortionate, illegal
waiving of a bond hearing and
arraignment (which should
                          bond hearing
never apply to something
as trespassing, which dictates
only a citation/summons
to appear and answer) and
presuming me guilty without allowing
my pleading "not guilty" awaiting
a "judgment" without appeal — just to be
free from jail without conviction —

IV. pg 13

## IV. Statement of Claim, cont'd.

I will not appear on the date "April 25," as I signed (under duress), and do not understand a "new charge" or anything about this assault, mugging, and stealing my income and access to my belongings and papers presently and in the future.

14. I'm terrified as I've been assaulted and steered and trafficked while trying to regain my rightful housing of my choice, and somehow find my son and my inheritance, assuming my other kin has passed, and abusers are trying to take my belongings and keep me homeless and contactless by and to any next of kin, all of whom are missing due to the DV and corruption of S&H Coordinators and others handling/keeping my mail and making it impossible for me to move with a new mailing address, then and only then can I — if I move

IV pg. 24 of 24

## IV. Statement of Claim, Cont'd.

out of 25 — Can I change my ID to another State's ID. I need to stop being kept from safe housing with my SaH Program and my rightful HUD choice housing, which I've paid for since 2010 and never ever missed rent or was evicted. These wrongful arrests, convictions, etc. are being put on my criminal record so that no landlord will allow me — get the age of 55/56?

15. I'm terrified the State of South Dakota is incarcerating and indebting me $2000+ for simply drinking coffee I paid for while homeless and abused by federal law and local police authorities (SaH Program keeps my location from these kind of special) more difficult abusers, which my abusers are).

16. Again, I refer to Paragraph 17 for history of/explanation of my being shelterless in Rapid City SD.

IV. Statement of Claim, cont'd.

17. I have been made shelterless by slander and libel when police were called to Women's Cornerstone shelter months ago, when I discussed my purse turned up missing/stolen, at 4:30 a.m. Police were called allegedly because I was too disruptive, but I was retaliated against after police left because they did not arrest me, but offered to press charges or let me ask them to investigate. They only took my name to "run in" in SD. The shelter, particular Amanda, made a point they were taking me from from my WAVI advocate, whom I already was receiving advocacy to help straighten out my situation in KS residence & possible need to seek SD housing — which is confidential and private and none of the abusers' (secondary) business, not for any of others to extort or get from me w/o my consent, including Tess Fransen, Melanie Trimm, Crisis Care / Safe Bed Journey On, Cornerstone, Police, Where All Women Are Honored ~~(they helped but ditched advocate they were taken me to giving info to federal)~~, who

## IV. Statement of Claim, cont'd

~~the abuser~~ — which, at least Tess Fransen, along w/ a Mckenzie of WAVI, lied to and discussed me with WAVI and interfered with my access to and continued help from my advocate.

The false allegations and slander became "libel" when the persons sent their false reports to to Mission, via "Matt" while I was being sheltered there as their "women's overflow" for freezing temperatures, and also being fed breakfast and publically-open dinners. "Casey" ~~an~~ took part in framing me with the Catholic Church, which I cannot explain, because of my PTSD, which I could and should receive accommodation via an advocate to help communicate (ADA and VAWA). After ending up on the streets (please again see Paragraph 5 concerning being falsely imprisoned/kept on streets in SD out of Kansas), (through ongoing domestic violence in forms of stalking and "legal abuse" for which reasons I'm enrolled in

IV pg 19 of 24

## IV. Statement of Claim, cont'd.

In SaH of KS), it's been confirmed
by these defendants that
Cornerstone Women's shelter
wanting me to receive
Catholic Social Services and
possibly transitional housing
wants me to go to Crisis
Care. I've been referred to
Study groups that turn
out to be for addicts from
transitional housing for
addicts, and apparently
shelters like the Mission,
Cornerstone, and Criminal
half-way housing called
transitional, all want to
have me for their making
income from Medicare and
HUD (who wants landlords
fill out W-9, against
HUD and general law). Forcing
me to be evaluated (KS and
CO through private and public
doctors have confirmed that I have
PTSD and need treatment, not more
misdiagnoses) or treated by Crisis
Care, or RCPD Quality of Life
Unit (Police acting as psychiatrists,
therapists and abusers trying to
"modify behavior"), etc. is a felony
under the Social Security Act, Medicare,
Medicaid, the U.S. Constitution, and the

## IV. Statement of Claim, cont'd.

Geneva Convention. If a person requests such help, then they must give written, informed consent. I do no such thing. I was recovering with my therapy, sabotaged by doctors and "hospitals" having police and others stalk me into my home which became a prison of torture and starvation, and which was to be confidential; as a citizen, not a criminal "witness protection participant" that police in KS and now, apparently SD want to act as though they are part of; devastating me and my ability to connect with my son, whom I and many State officials said their I was on the line or for me to raise him safely in our country of the U.S. My PTSD is not disruptive until I, like any human being has emotions from torture and isolation and forced labor and taken of necessary food, clothing, bedding for back and neck disabilities/ injuries, privacy or life of worshipping God and eating and sleeping and even "yelling" or raising my voice without disturbing others.

## IV. Statement of Claim, cont'd.

These people, especially Native Americans, all of the abusive, with the exception of the barristo John Doe # ___ being of this population have continually retaliated through sleep deprivation, punching, stalking, harassment, verbal assault/abuse, and trying to assemble with me as a fellow criminal; for my refusing to go to Crisis Care and have destroyed my reputation that is non-criminal all my life. ~~A still false convict~~ wrongful, extortionate convictions (without true appeal rights outside of a "new trial" ie. double jeopardy) to be illegally put on the NCIC for the "benefit" of federal abusers. Misdemeanors do not belong on the NCIC. Clearly this "disorderly conduct" arrest is made to go on my arrest and criminal records for the likes of my abusers and police and "forensics" people masquerading as "anti-traffickers" of dv victims, while they are the abusers. They've messed with the receiving of my disability income with no way to receive

## IV. Statement of Claim, cont'd.

my mail from my Social
Security, relatives, rental
Properties, every one. Many
have intimated they want me to
re apply for disability-just
to take away the determena-
tion made when I was Put
on SSDI in 2014 with documented
PTSD along w/ fraudulent,
deliberate misdiagnoses not of
my treatment providers because
they wanted payment (hospitalization
causes, not treats, PTSD) and
because they were all foreign,
(islamicist(s) of my abuser)
forcing the desired diagnosis
of my abuser and giving such
illegally, against HIPAA,
to my son, through police
reports. I have contacted
Medicare and the Social Security
Administration and they have
re-confirmed that I cannot
be forced to receive treatment or
evaluation without my con-
sent. I need my reputation,
through exprergement restored,
and returned to my a
home of my choice through
HUD Section 8 which was given
to me after KBI investigated in 2010
and everytime I move, based on

IV. pg. 30 of 24

IV. Statement of Claim, cont'd.
my designated address of Scott,
not my secret, because that
history — criminal — is based and
reported to that address. I
am not a homeless resident of
SD. I am a homeless
resident of KS seeking help
from abusers chasing me
from KS, which might involve
my moving to SD. My
WAVI advocate and I
were to work on this
after the Christmas Blizzard,
but I was abused as
I've stated herein at the
Women's Shelter, which
WAVI was so relieved I
could go to while they
could advocate my very
sensitive, confidential
case, which now, obviously
only my abusers are involved,
decimating every protection
and right as an American
under the U.S. Constitution,
VAWA, SaH/KS Statute,
and the Hague Convention,
which all these abusers
have broken, insulting the
U.S. Embassy and Consulate
in Saudia Arabia who helped
get me home to the U.S., never

## IV. Statement of Claim

expecting those horrific "legal abuse" and consteent [conditioned] financial, familial, etc. abuse by my/our own countrymen.

I have the right to reasonable accomodation and advocacy. Having to make yet another complaint and respond to legal/criminal/civil "charges" worsens my PTSD and disables me as my domestic and intervational abusers know through espionage upon psychological & personality and psychiatric reports through illegal divulging and through (all illegally) NCIC, police, and "case workers" that are/were never assigned to me or requested.

My Victim Statement would include:
I am writing this on the 5th day of Starvation, with a filthy body and finger nails, since April 5, 2023; my last opportunity to bathe; where I was no longer welcome a Star "See" came to me, accusing me of sleeping (a crime I'm accused of when I'm meditating, focusing on an object of calming, +/or praying) at Breakfast. He yelled on the streets "Wakey, wakey" 2 weeks later;

## V. Relief

R1. Forthwith injunction on all police against me.

R2. I demand that I be given a letter acknowledging my right to access Alex Johnson management as many times as it takes, and without any harassment or argument, to identify the Defendants #11, 12, and 13, and their respective addresses, if not acting under management of Alex Johnson. If they were acting under management, then their names and the names and their persons presented to me, explaining to me what they were told by these Defendants, and to give me all such managers names and address to Alex Johnson, Starbucks, and/or Security as applicable. Defendants #11-13, again, are Some Doe #1, John Doe #1, and John Doe 2.

R3. I request that, while visiting/accessing Alex Johnson management, they identify Defendants #4 & 6 via their security video-recording, "detaining" and arresting me so I can amend the complaint with their names and identify them with their City Attorney over their police department

## V. Relief, Cont'd.

#4 R3. I demand that the Rapid City Attorney investigate and divulge the Rapid City Officers' full names, ranks, and addresses of Defendants #4-5, give such information to me, and include a statement of what disciplinary steps the City Attorney ~~and to~~ will make towards them.

#5 R4. I demand that the Pennington County Attorney or District Attorney, as the case of the highest, elected Attorney may be, expunge all my records, charges, incarceration/jailing as an "inmate," etc. status + records; "fingerprints," the whole incidents of all interactions with me in Rapid City, SD. If the call of the police to Cornerstone's women ~~mental~~ was not recorded, to my knowledge, but then they should have not "run" my name in SD. Therefore, all records concerning that contact should be given to me, and I be given the right to request amends to the records with my statements explaining such. It was this contact that

## V. Relief, Cont'd.

probably tipped the police that I was not a felon, although I've been put on the NCIC illegally for a misdemeanor (as somewhat discussed in this complaint).

#26. I ask that the Pennington County Attorney(s), +/or the Attorney General of SD (South Dakota), in/after investigating this above "running" of my name through police databases wrongfully, as no charges were made (and Cornerstone took my name, ID, etc. confidentially‡, not to be investigated‡ my roommates and staff could be culpable)—help expunge + delete my records from the NCIC. I assume that Pennington County will have to, along with me, contact rather the KS Attorney General (AG) to explain my being kept from his and predecessor's access to report stalking and abuse from within and outside the AG's and Secretary of State's offices and help me send the KS court and police records for the KS AG's investigating and help in expunging from the NCIC and helping me back to KS with a protected address w/o discrimina-

## V. Relief, Cont'd

tion. (The KS AG will need to pro-
secute the abusers that are all in his jurisdiction
(not of this State or claim)

R#. I demand that the AG of SD investigate
likewise why the police and jail/
corrections officers are jailing and
prosecuting and pressing charges
on behalf of and as the
businesses, the City of Rapid
City, the State of South Dakota,
and Pennington County, as
well as making orders and
legal decisions of guilt
and charges as attorneys
and/or magistrates +/or
judges without a single
contact/summons from
the appropriate D.A./prosecutor,
and without due process
of rights of freedom and
presumption of innocence
especially for simply
drinking coffee for which
I paid. What — there aren't
any, I'm sure — are the statutes
that a police officer can "detain"
someone, against the 4th
Amendment/Bill of Right of the
U.S. Constitution, rather than write
up and give them a citation/summons
to appear before the court and give a
pleadings of innocence or guilt?!

## I. Relief, Cont'd

Please See R+, next

40 Rg. I demand the Corrections officers and police officers involved in taking my money and laundering it and trafficking me and somehow calling or manipulating my So Sec. Disability Income Acct /Card immediately report exactly what they did and whom they contacted and what story "they told them, in order to literally starve me (I'm faint writing this).
— I can't access $51 left in my account/card; the Direct Express states I was charged $0.85 on my taking acct $1000 of my income, leaving $50.55 instead of $50.15 and that it shows "insufficant funds" when I try to withdraw $45 from Wal-Mart, who charges a $0.00 fee per contract with Direct Express / Social Security, and Wal-Mart represents that a denial code "51" states "Alternative Tender Required" the workers keep insinuating the card will be closed." (threatening)
I highly suspect an account I was made to have linked to my card (Storage moved to Irving, TX) in 2021 may have been tampered.

## I. Relief, cont'd.

R9. I demand that SD AG and/or the City and County, Attorneys close all accounts the police and/or their cohorts have put in my name be closed and documented as such, with all banks and credit unions giving me documentation of such history and closing of each account and (who opened each one, so we can have them properly prosecuted +/or disciplined.

R10. I demand that an immediate, forthwith order be given to the Hope Center day center that orders it to have no Native Americans, their "relatives," or "globalists" (who stalked me so far as to employ themselves at Perkins and demand where I was going) talk to or converse with me, or touch me, because of their physically assaulting me on April 20, 2023, and their continual harassment of me as the "white b_____" outside and on the streets and in (stalking) various establishments. I have nowhere else to store my luggage/belongings

## I. Relief, cont'd.

while trying to recover my
income, safety, and return
to housing and living and
freedom to basic mail,
home, son, my inheritance,
my belongings, etc. I brought
a lot of luggage, containers,
documents to help pursue
shelter, restore my voucher
wrongly "expired" in KS
for police, "Chris Long,"
to harass me about; legal
help and domestic violence
advocacy to help me get
through to the KS AG's
office to restore my safety,
confidentiality, and
privacy, as well as to
help me report the horrific
stalking and kidnapping
of my son and me in and
assisting me/us in KS. I have no
way, as they've "put me in
such a situation" from hotels
(Super 8 and Motel 6, ran by
these "relatives" are guilty)
or to laundry except at
Hope Center. I hope the County
+/or City Attorney can help re-
store my ability to have at least
one bath every so often through
my paying for a hotel room while

## V. Relief, cont'd.

trying to become no longer homeless, I went to various hotels with an excellent, (ongoing) reputation, only for other of late "guests" to come and disturb me with banging, music, and harassment causing me emotional distress and management asking me not to rent to me — I've been sent to only hotels managed by "relateres," now. I'm being trapped into SD and basically subjugated to the Hope Center and their commune that are not ~~at~~ at all in the same position of having a liselong history of good rent and debtless and non-criminal, non-addict along with income. They stay at the Mission and eat there, at their "feedings," and sometimes at the Hope Center, while they've made me starving, and made to wait all day at the Hope Center for one bowl of food. I've chosen to starve outside than be subject to abuse. Thousands of dollars have been spent to counsel me to stay away from _all_ civilians and especaily authorities that are "red flags" abusers.

I. Relief, cont'd.

#R10. I ask that the Pennington County Attorney intervene with my (ex-)VAWA advocate to help with our initial plan to recover and safe, etc. as stated in R5. I ask that the County Attorney explain that further grants from the County or the State of SD should not be demanded, as intimated to me, on April 9, 2023, because I'm not a resident. VAWA clearly applies, as I say past and present documented Self Program cards clearly, through KS statutes find me as a DV/Stalking victim. Even if not in the state or "expired," does not delete or change my status as a victim that faces ongoing stalking and abuse. They need to use the grant monies non-discriminately, and therefore not waste and cause more expensive intervention that would not have been had they been faithful to continue advocacy, rejecting outside interference or "reports"

V pg. 10 of 10

## V. Relief, cont'd.

RtR. I ask that Pennington County
Attorney investigate Ms. Dayle Hatton
of Pennington Housing Authority,
another Native American, represen-
ting and signing herself as a
caseworker and signing a
Sect. 8 Housing (Choice) Voucher
for me, rather than how the
the Sect. 8 director sign it,
although it is based on
a fraudulent address
and therefore I refuse to look
for housing on it. I told
Shaei/Palm Spring tof the
Palms apartments to cease
and desist. This relief is
not part of any defendants/
complaint matter herein
but is part of the defamation
and abuse steering me to
landlords wanting to act as investi-
gators and not necessarily qualifying
under HUD inspection. But it is
definitely a crime(s) upon me,
and possibly involving or
deceiving Pennington Housing
Authority's Executive Director,
Mr. Ashbach. I can inter-
view and write and show the
documents and complaint to the
County Attorney and HUD to investigate later

## VI.    MONEY DAMAGES:

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [ ✓ ]                    NO [    ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

1. $1051 the amount of my monthly Income times 12 mos. that it was partially Stolen from me by muggers under the pretense of wrongful arrest and the rest I was there forced to use against my personal budget and charged for the use of, resulting in starvation and kept from hotels to stay in long enough to strength and bathe. See attached paper to continue.

## VII.   Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ✓ ]                    NO [    ]

## VIII.  Are you requesting a Jury Trial?

YES [    ]                    NO [ ✓ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of April , 20 23

_Tressie Dunaway_

_____

_____

Signature of Plaintiff[s]

4

DSD 12-12

# VI. Money Damages, cont'd

(B) 2. Immediate amount, in addition
to a year's income) of $15/day
times 30 I had budgeted
to survive homelessness while
looking for home and meeting
with a WAVI advocate, to
keep me from starving while
my Direct Express card is being
fixed and probably a new one
sent in care of this Court's
address.

3. Hotel accomodation, as reconciled
with Quality Inn or another
I wish not to divulge, so that
others do not sabotage; using
the County and/or City's
as debit card/account as
a "deposit" card—charged as
now all the hotels demand
from me, whereas they did
not before; clearly marked
as County or City customer/
guest and not an inmate.
If I rece
As soon as my status and
my criminal record is
expunged and restaed and I
have shelter, then no hotel
accomodation would be needed. To
be returned to KS with this status would

## VI Money Damages (Cont'd.

be preferred, so that I would
be ready to move into the
apartment I qualified for
and which was approved and
inspected by HUD only to be
wrongly taken from me (the
SD AG can help get me to
this point in working with
the KS AG, as listed in
Relief)

4. Immediate transportation
money of $400 maximum (unless increased)
round trip to KS to exchange
my clothes and belongings
at my storage, and to take
care of business with the
KS AG / SaH / THA, as ~~the~~
stated in Relief

5. Immediate use of Court personnel,
preferably at the U.S. Marshals'
service to use the U.S. Courts
phone for said personnel to
contact the KS AG directly, cutting
through all the staff keeping
such direct contact from me, and
then helping explain how I've been
kept from the KS AG's office for years
and have ended up in SD trying to
escape and recover from abuse, and
to exchange private numbers and addresses

## VI. Money Damages, cont'd.

to correspond and help me as
SaH participant and victim
witness needing to file reports
of crimes upon me for his total
investigating and prosecuting it.

6. Any punitive damages this
Court finds applicable and
lawful, upon victim statements
and any further damages
heretofore not stated.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff *Stevens, KS*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(KS resident and minors seeking to move to SD due to HA) wanting to commit to Seq. miss w/ DL Heir Vaughn and WI (minors) (property in KS)

County of Residence of First Listed Defendant *Pennington, SD*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒? 5 | ☐ 5? |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐? 3 | Foreign Nation | ☐ 6 | ☐ 6 ? |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander — Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' — Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine — Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | Product Liability ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal — Property Damage | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | Injury ☐ 385 Property Damage | Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| | Medical Malpractice | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☒ 510 Motions to Vacate | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence ☒? | | | |
| ☐ 245 Tort Product Liability | Accommodations ☒ 530 General | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| | Employment **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☒ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | | | |
| | Other ☒ 550 Civil Rights | | | |
| | ☐ 448 Education ☐ 555 Prison Condition | | | |
| | ☒ 560 Civil Detainee - Conditions of ☐14? | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 4/25/23
SIGNATURE OF ATTORNEY OF RECORD *Terence Duncourey, pro se (not attorney)*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____